UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8 P 2: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) M.B.D. NO.
) 04MBD 10166
JONATHAN M. KING )

JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

Defendant Jonathan M. King ("King") is currently charged by way of complaint in MJ04-M-206-JLA with making extortionate threats by a means of interstate communication,, in violation of 18 U.S.C. § 875(b). Herein, the parties jointly move to exclude a period of time (60 days) from the time within which the government would otherwise have to obtain an indictment or file an information. King first appeared before Magistrate Judge Alexander on June 8, 2004, at which time he waived his preliminary examination. The parties intend immediately to embark on discussions in an attempt to resolve this criminal proceeding by agreement of the parties. It is hoped that the requested 60 day exclusion will permit the parties to reach such an agreement before the government is required to or inclined to seek an indictment.

Herein, both parties move, under 18 U.S.C. § 3161(h)(8)(A), and § 5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a



speedy trial, and, accordingly, exclude the requested 60 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. § 3161(b).

|  |  |
|---|---|
|  | Respectfully submitted, |
| JONATHAN M. KING<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
|  | By: |
| /s/ Amy Baron-Evans By JL<br>AMY BARON-EVANS, ESQ.<br>Attorney for Defendant | /s/ James Lang<br>JAMES LANG<br>Assistant U.S. Attorney |

June 8, 2004