UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
        v.                )    M.B.D. NO. 04-10166
                          )
JONATHAN M. KING          )

THIRD JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

Defendant Jonathan M. King ("King") is currently charged by way of complaint in MJ04-M-206-JLA with making extortionate threats by a means of interstate communication,, in violation of 18 U.S.C. § 875(b). Herein, the parties jointly move for the third time to exclude a period of time (60 days) from the time within which the government would otherwise have to obtain an indictment or file an information. In support thereof, undersigned counsel represent as follows:

1. The defendant first appeared before Magistrate Judge Alexander on June 8, 2004, at which time he waived his preliminary examination.

2. Thereafter the parties embarked on discussions in an attempt to resolve this criminal proceeding by agreement of the parties. Those discussions remain ongoing.

3. Defense counsel has just completed the process of compiling documents and information to be submitted to the government in support of a request that the government agree to certain charging concessions. Counsel expects to forward said documents and information to the government early next week.

4. The parties are hopeful that the requested additional 60 day exclusion will permit the parties to reach a plea agreement before the government is required or inclined to seek an indictment.

WHEREFOR, both parties move, under 18 U.S.C. § 3161(h)(8)(A) and § 5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 60 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. § 3161(b).

Respectfully submitted,

| | |
|---|---|
| JONATHAN M. KING | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/ Amy Baron-Evans by JK | /s/ James Lang |
| AMY BARON-EVANS, ESQ. | JAMES LANG |
| Attorney for Defendant | Assistant U.S. Attorney |

September 17, 2004