UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| V. ) | M.B.D. NO. 04-10166 |
| ) | |
| JONATHAN M. KING ) | |

<u>FOURTH JOINT MOTION OF THE PARTIES TO EXCLUDE TIME</u>

Defendant Jonathan M. King ("King") is currently charged by way of complaint in MJ04-M-206-JLA with making extortionate threats by a means of interstate communication,, in violation of 18 U.S.C. § 875(b). Herein, the parties jointly move for the fourth time to exclude a period of time (60 days) from the time within which the government would otherwise have to obtain an indictment or file an information. In support thereof, undersigned counsel represent as follows:

1. The defendant first appeared before Magistrate Judge Alexander on June 8, 2004, at which time he waived his preliminary examination.

2. Thereafter the parties embarked on discussions in an attempt to resolve this criminal proceeding by agreement of the parties.

3. Within the last sixty-day enlargement period, defense counsel forwarded to the government documents and information supporting her request that the government agree to certain charging concessions. The government has reviewed the

materials and has found them to warrant meaningful discussion with defense counsel. That discussion has commenced and is ongoing.

4. The parties do not anticipate requesting any additional enlargements of time within which the government must obtain an indictment or file an information.

WHEREFOR, both parties move, under 18 U.S.C. § 3161(h)(8)(A) and § 5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 60 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. § 3161(b).

Respectfully submitted,

| | |
|---|---|
| JONATHAN M. KING<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/ Amy Baron-Evans By JL | /s/ James Lang |
| AMY BARON-EVANS, ESQ.<br>Attorney for Defendant | JAMES LANG<br>Assistant U.S. Attorney |

November 17, 2004